IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| ROBERT SCHMIDT, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>BMW MANUFACTURING CO. LLC, )<br> )<br>      Defendant. )<br>_____ ) | Civil Action No.: 7:17-cv-02670-DCC |

## **ORDER**

The parties having agreed and stipulated pursuant to the Joint Certification (Doc. 10) for purposes of pursuing administrative review by the plan administrator and other good cause appearing,

IT IS HEREBY ORDERED that all stipulations and agreements between the parties set forth in Doc. 10 are APPROVED, and it is ORDERED that the parties shall adhere thereto.

IT IS FURTHER ORDERED that these proceedings are STAYED for sixty (60) days, at such time the parties will notify the Court of the outcome of the administrative review and/or seek an additional stay as necessary.

                                                s/Donald C. Coggins, Jr.
                                                Donald C. Coggins, Jr.
                                                United States District Judge

March 7, 2018
Spartanburg, South Carolina